Jeff S. Westerman (SBN94559)
Guido E. Toscano (SBN 266304)
**WESTERMAN LAW CORP.**
16133 Ventura Boulevard #685
Encino, California 91436
Telephone: (310) 698-7450
Facsimile: (310) 775-9777
jwesterman@jswlegal.com
gtoscano@jswlegal.com

*Counsel for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BLAKE MICHAEL WHITMORE, DANIEL RAPHAEL, MICHAEL DOMINGUEZ, AND TOM LOCHTEFELD,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACHARY HORWITZ, 1inMM CAPITAL LLC<br><br>Defendants. | Case No. 21-CV-03393-GW-GJS<br><br>**PLAINTIFFS' SUPPLEMENT TO JOINT RULE 26(f) REPORT (DKT. 28) FOR JANUARY 20, 2022 SCHEDULING CONFERENCE**<br><br>Date: January 20, 2022<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Ctrm: 9D |

PLAINTIFFS' SUPPLEMENT TO RULE 26(f) REPORT
CASE NO. 21-CV-03393-GW-GJS

A Joint Rule 26(f) Report was previously filed on September 3, 2021. (Dkt. 28.) By and through their attorneys of record, below, the Plaintiffs, Blake Michael Whitmore, Daniel Raphael, Michael Dominguez, and Tom Lochtefeld, hereby submit this updated Report to provide additional information related to this Court's Order dated December 14, 2021.

As described below, claims against Defendant Zachary Horwitz are stayed and no counsel appeared for Defendant 1inMM Capital LLC or participated in the Rule 26(f) conference. Plaintiffs submit this updated report with their presentation of updated circumstances and scheduling suggestions in response to the December 14 Order.

## I.     Procedural Background

On April 20, 2021, Plaintiffs filed this lawsuit on behalf of themselves and a proposed class of investors in 1inMM Capital, LLC. (Dkt. 1.) Plaintiffs' complaint followed an April 5, 2021 complaint filed by the U.S. Securities and Exchange Commission ("SEC Action") alleging Mr. Horwitz had perpetrated a Ponzi scheme. *SEC v. Horwitz*, No. 21-cv-02927-CAS-GJS. The Court related Plaintiffs' case to the SEC Action on April 22. (Dkt. 14.) On July 12, the Court granted Mr. Horwitz's motion to stay the SEC Action but denied 1inMM's stay motion, further holding that "[t]he parties may proceed with third-party discovery, including, but not limited to, discovery related to investors in 1inMM, Netflix, and HBO." (Order, *SEC* v. *Horwitz*, No. 21-cv-02927, Dkt. 50 at 11.)

On July 14, 2021, counsel for Plaintiffs and Defendant Horwitz conferred and agreed that, subject to the Court's approval and consistent with its July 12 Minute Order, this case would be stayed as to Mr. Horwitz with the understanding that Plaintiffs intended to conduct the Rule 26(f) conference so that they could proceed with third-party discovery. On August 19, the Court granted the Parties'

Stipulation Regarding Stay of Proceedings as to Horwitz. (Dkt. 26.) The Order stated "discovery may proceed as to third parties."

Horwitz was indicted by the U.S. government for wire fraud and entered a plea on September 1, 2021. *See U.S. v. Horwitz*, No. 2:21-cr-00214-MCS (C.D. Cal.) His sentencing hearing is set for February 14, 2022.

Counsel for Plaintiffs and Defendant Horwitz conducted the Rule 26(f) conference on August 24, 2021. No counsel for Defendant 1inMM appeared at the Rule 26(f) conference or filed an appearance in this case, and 1inMM remains unrepresented. At the conference held August 24, 2021, counsel for Plaintiffs and Defendant Horwitz discussed the issues required by Rule 26(f) and the Central District's local rules, and agreed that several of those issues are premature given the stay in this and the SEC Action. The parties also agreed that, if there is a need for a more fulsome Rule 26(f) conference as to Mr. Horwitz, the Parties would conduct that conference and submit a supplemental Rule 26(f) report after the stay is lifted.

Counsel for Plaintiffs and Defendant Horwitz filed a Joint Scheduling Report on September 3, 2021. (Dkt. 28.) The Court did not enter a Scheduling Order relating to Plaintiffs and Horwitz, and the stay of claims against Horwitz remains in place.

On December 10, 2021, the lawsuit was transferred from Judge Christina A. Snyder to Judge George H. Wu. (Dkt. 29.) On December 14, 2021, the Court entered an Order Setting Scheduling Conference directing the parties to file a Joint 26(f) Report and scheduling a conference to be held January 20, 2022. (Dkt. 31). Counsel for Plaintiffs and Defendant Horwitz communicated via email on January 10-11, 2022 about Plaintiffs' plan to provide this update to the prior report.

## II. Discovery Plan

In light of the stay of Plaintiffs' claims against Horwitz and Horwitz's upcoming sentencing hearing, the Plaintiffs suggest that a full discovery plan is premature. Plaintiffs have initiated discovery directed at third parties, including City National Bank, Netflix and HBO. Once the stay is lifted, as noted, the parties suggest the Court set a follow up with a further Rule 26(f) conference and comprehensive discovery plan as necessary.

As to Defendant 1inMM, Plaintiffs seek to withhold seeking a default as they continue to direct discovery at third parties.

**Preservation of evidence.** Counsel for Plaintiffs and Defendant Horwitz previously identified no issues concerning preservation of relevant evidence and have confirmed they have taken steps to ensure relevant evidence is preserved.

Plaintiffs note that in connection with Defendant Horwitz' stay motion in the SEC case before Judge Snyder, he represented that his documents and 1inMM's documents were seized by prosecutors. (Defendant Zachary Horwitz's Notice of Motion to Stay Proceedings, *SEC v. Horwitz*, No. 21-cv-02927, Dkt. 46 at 8-9.)

**Timing of initial disclosures.** Counsel for Plaintiffs and Defendant Horwitz previously agreed that, because of the stay, it would be premature to set a date for the exchange of initial disclosures.

## III. Manual for Complex Litigation

Counsel for Plaintiffs and Defendant Horwitz previously agreed to use the Manual for Complex Litigation (current edition) as a reference point to the extent it assists the Court and Parties in managing this litigation.

## IV. Additional Parties

Plaintiffs may seek leave to amend their complaint in advance of filing their motion for class certification. But, because the relevant information is in the hands of others, Plaintiffs believe it is too early to set a deadline to amend to add parties.

If Plaintiffs determine additional defendants should be named, they will promptly seek leave to amend.

### V.    Motion Schedule

Given the stay, Counsel for Plaintiffs and Defendant Horwitz previously agreed it would be premature to set a cutoff date by which all pretrial motions must be made.

### VI.    ADR

Likewise, given the stay, Counsel for Plaintiffs and Defendant Horwitz previously agreed that selecting an ADR Procedure or considering mediation under L.R. 26-1(c) would be premature.

### VII.    Trial Estimate

Given the stay, and its attendant impact on discovery, Counsel are presently unable to accurately estimate the time required for trial.

### VIII.    Expert Witnesses

Counsel for Plaintiffs and Defendant Horwitz also previously agreed that it would be premature to propose timing for disclosures under Federal Rule of Civil Procedure 26(a)(2).

Respectfully submitted,

Dated: January 12, 2022         **WESTERMAN LAW CORP.**

By: /s/ *Guido E. Toscano*
Jeff S. Westerman (SBN 94559)
Guido E. Toscano (SBN 266304)
16133 Ventura Boulevard #685
Encino, California 91436
Telephone:  (310) 698-7450
Facsimile:   (310) 775-9777
jwesterman@jswlegal.com
gtoscano@jswlegal.com

Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Makenna Cox (SBN 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
mcox@girardsharp.com

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
Jason Kellogg (*pro hac vice*)
Victoria J. Wilson (*pro hac vice*)
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, Florida 33131
Telephone: (305) 403-8788
jk@lklsg.com
vjw@lklsg.com

*Counsel for Plaintiffs*

PLAINTIFFS' SUPPLEMENT TO JOINT RULE 26(f) REPORT
CASE NO. 21-CV-03393-GW-GJS