Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 273000)
Makenna Cox (SBN 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
apolk@girardsharp.com
mcox@girardsharp.com

*Counsel for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BLAKE MICHAEL WHITMORE, DANIEL RAPHAEL, MICHAEL DOMINGUEZ, AND TOM LOCHTEFELD,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACHARY HORWITZ, 1inMM CAPITAL LLC<br><br>Defendants. | Case No. 21-CV-03393-GW-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

1  Plaintiffs Blake Michael Whitmore, Daniel Raphael, Michael Dominguez, and Tom Lochtefeld ("Plaintiffs"), hereby dismiss their claims against all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 30, 2022

Respectfully submitted,

By: /s/ *Adam E. Polk*

Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 273000)
Makenna Cox (SBN 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
apolk@girardsharp.com
mcox@girardsharp.com

**WESTERMAN LAW CORPORATION**
Jeff Westerman (SBN 94559)
Guido Toscano (SBN 266304)
16133 Ventura Boulevard #685
Encino, California 91436
Telephone: (310) 698-7450
Facsimile: (310) 775-9777
jwesterman@jswlegal.com
gtoscano@jswlegal.com

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
Jason Kellogg (*pro hac vice*)
Victoria J. Wilson (*pro hac vice*)
201 South Biscayne Boulevard
22nd Floor, Miami Center

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 21-CV-03393-GW-GJS

Miami, Florida 33131
Telephone: 305.403.8788
jk@lklsg.com
vjw@lklsg.com

*Counsel for Plaintiffs*